**WECHSLER v STATE**

Ohio Supreme Court

For full opinion 124 Oh St 461 (Oh Bar 2-9-32).